ARMANDO GALVAN (SBN 143475)
LAW OFFICE OF SAN FERNANDO
405 N. Maclay Avenue Suite 203
San Fernando, California 91341
(818) 399-0689 Telephone

Attorneys for Plaintiff
Jose Hernandez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT – LOS ANGELES

JOSE HERNANDEZ

    Plaintiff,

vs.

XPO LOGISTICS, ET AL.,

    Defendants.

) 2:18-cv-01034 -OD
) LA Court Case No.: BC685082
)
)
)
) **DECLARATION OF ARMANDO M. GALVAN IN RE FILING OF MOTION TO REMAND TO STATE COURT**
)
)
) Date: April 9, 2018
) Time: 1:30 p.m.
) Dept.: 5D
)
)
)

17

NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT; CERTIFICATE OF SERVICE

## **DECLARATION OF ARMANDO M. GALVAN**

I, Armando Galvan, declare as follows:

1. I am an attorney licensed by the State of California, attorney of record for Plaintiff herein, handling the present above-captioned matter. I state the following facts based on my personal knowledge and can and will, if called to testify, testify as to the truth of these facts.

2. I am filing this Motion to Remand within the 30 days under 28 U.S.C. § 1447(c)).

3. Defendants set a motion date to Dismiss the Defendants, but I still had 30 days to file the Motion for Remand.

4. I never received the paperwork from defendants. The only document we ever received was the Notice of Removal. None of the other documents were ever served on me by mail.

5. Exhibit 1 is a true and correct copy of the letter provided to plaintiff terminating him after 22 years of service.

6. Exhibit 2 is a true and correct copy of a printout from defendant's own website, an admission by defendants, that they have operations in 32 countries, 91,000 employees, and 1,444 locations, including over 100 locations in California.

7. These defendants are not sham defendants and defendant is required to prove by clear and convincing evidence that these defendants were joined fraudulently, which they have not done so. **Fraudulent joinder must be proven by clear and convincing evidence.** *Hamilton Materials, Inc. v. Dow Chemical Corp.,* 494 F.3d 1203, 1206 (9th Cir. 2007).

8. I do not agree that the case is worth an amount to meet or exceed the jurisdictional requirement. I have never settled a case for $75,000. I do not agree that the case has that sort of value. I clearly pleaded not less than $25,000.00 in my complaint. I candidly request that the Court remind defendants of that value

1. when they file their motion for summary judgment because the sham here is that defendants are placing that value on the case.

8. I ask that the Court hold the Motion to Dismiss in abeyance until the Remand motion is decided.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed by me on this at San Fernando, California,

on March 8, 2018                    LAW OFFICE OF SAN FERNANDO

_____
Armando Galvan,
Attorney for Jose Hernandez

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss:
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action. My business address is:

405 N. Maclay Avenue, Suite 203
San Fernando, California 91340

On March 8, 2017, I served the foregoing documents described as **DECLARATION OF ARMANDO M. GALVAN IN; DECLARATION OF AMANDA VASQUEZ,** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Mia Farber
JACKSON LEWIS, PC
725 S. Figueroa Street, uite 2500
Los Angeles, CA 90017

Xxx   By electronic Service
XXX **BY MAIL**
XXX I deposited such envelope into the Firm's office mail at Los Angeles, California. I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice, in the ordinary course of business, the mail is affixed with postage thereon fully prepaid and deposited with the U.S. Postal Service in Los Angeles, California on the same day. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one (1) day after the date of deposit for mailing in this affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 8, 2017, at San Fernando, California.

_____
Amanda Vasquez

20

NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT; CERTIFICATE OF SERVICE